

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00098-CV
_____

IN THE INTEREST OF
K.D.F. AND K.D.F., CHILDREN

On Appeal from the County Court at Law
Hopkins County, Texas
Trial Court No. CV34378

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Appellant has filed with this Court a motion to dismiss the pending appeal in this matter, representing to this Court that the parties have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.

Jack Carter
Justice

Date Submitted:     January 14, 2010
Date Decided:     January 15, 2010